IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

LISA ANDREWS,
    Plaintiff,

v.

COMMISSIONER,
SOCIAL SECURITY
ADMINISTRATION,
    Defendant.

Case No: 1:18-cv-00309-CL

**OPINION & ORDER**

Before the Court is Plaintiff's Unopposed Motion (#18), seeking an award of $7,946.79 in attorney's fees and $400 in costs. For the reasons set forth in the motion and supporting declaration, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff is granted attorney's fees in the amount of **$7,946.79** in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and **$400** in costs under 20 U.S.C. 1920 and 31 U.S.C. § 1304. Any award of EAJA fees shall be subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010); and

2. If Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff.

**IT IS SO ORDERED.**

DATED this ___ day of October, 2019.

_____
MARK D. CLARKE
United States Magistrate Judge